IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HENSEL PHELPS CONSTRUCTION CO., )
)
        Petitioner, )
)
v. ) Civil Action No. 1:18-cv-1349 (AJT/MSN)
)
PERDOMO INDUSTRIAL, LLC, )
)
        Respondent. )
_____ )

## ORDER

This matter is before the Court on the Report & Recommendation [Doc. No. 15] of the Magistrate Judge recommending that Petitioner Hensel Phelps Construction Co.'s Motion for Default Judgment Against Respondent Perdomo Industrial, LLC [Doc. No. 11] be granted; that default judgment be entered in favor of Petitioner Hensel Phelps Construction Co. and against Respondent Perdomo Industrial, LLC; and that the August 21, 2018 Final Arbitration Award issued by the American Arbitration Association in the arbitration proceeding titled *Hensel Phelps Construction Co., v. Perdomo Industrial, LLC & Allied World Insurance Co.*, Case No. 01-17-0001-2201 (the "Final Arbitration Award") be confirmed. The Magistrate Judge advised the parties that objections to Report and Recommendations must be filed within fourteen days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the Report & Recommendation [Doc. No. 15] be, and the same hereby is, ADOPTED; and it is further

ORDERED that Petitioner Hensel Phelps Construction Co.'s Motion for Default Judgment Against Respondent Perdomo Industrial, LLC [Doc. No. 11] be, and the same hereby is, GRANTED; and it is further

ORDERED that the August 21, 2018 Final Arbitration Award be, and the same hereby is, CONFIRMED; and that judgment be, and the same hereby is, ENTERED in favor of Petitioner Hensel Phelps Construction Co. and against Respondent Perdomo Industrial, LLC in the amount of $7,917,666.30 plus simple interest at the rate of ten percent (10%) per annum on all unpaid amounts from August 21, 2018.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to all counsel of record, and mail a copy of this order to Perdomo Industrial, LLC at its address for service of process.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 14, 2019